

# Mandeville Police Department

Officer Report for Incident 1501-0496

**Nature:** Sex Offenses
**Location:** 301
**Address:** 645 LAFAYETTE ST
Mandeville LA 70448

---

**Offense Codes:** 43
**Received By:** Mihalik E **How Received:** T **Agency:** MPD
**Responding Officers:** White B, Fath F, Sharp D, Readeau J
**Responsible Officer:** White B **Disposition:** CAA 01/17/15
**When Reported:** 02:45:49 01/17/15 **Occurred Between:** 02:45:49 01/17/15 and 02:45:49 01/17/15

---

**Assigned To:** **Detail:** **Date Assigned:** **/**/**
**Status:** **Status Date:** **/**/** **Due Date:** **/**/**

---

**Complainant:** 12540
**Last:** [redacted] **First:** [redacted] **Mid:** [redacted]
**DOB:** [redacted] **Dr Lic:** [redacted] **Address:** [redacted]
**Race:** W **Sex:** F **Phone:** ( ) - **City:** MANDEVILLE, LA 70471

## Offense Codes

**Reported:** **Observed:**
**Additional Offense:** 43 Simple Rape

## Circumstances

| Responding Officers: | Unit : |
|---|---|
| White B | 226 |
| Fath F | 216 |
| Sharp D | 195 |
| Readeau J | 213 |

**Responsible Officer:** White B
**Received By:** Mihalik E
**How Received:** T Telephone
**When Reported:** 02:45:49 01/17/15
**Judicial Status:** FPA
**Misc Entry:**

**Agency:** MPD
**Last Radio Log:** 09:20:11 01/17/15 CMPLT
**Clearance:** RTF Report To Follow
**Disposition:** CAA **Date:** 01/17/15
**Occurred between:** 02:45:49 01/17/15
**and:** 02:45:49 01/17/15

**Modus Operandi:** **Description :** **Method :**

---

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 01/17/15 | Name | [redacted] | victim |
| 01/17/15 | Name | [redacted] | Complainant |
| 01/17/15 | Name | LIBERTO, LUKE JOSEPH | Suspect/Arrestee |
| 01/17/15 | Offense | Offense#: 1838 - FL - 1 count | Charged With |
| 01/17/15 | Cad Call | 02:45:49 01/17/15 Sex Offenses | Initiating Call |
| 01/27/15 | Property | Compact Disc 0 | Exhibit I-10 |
| 01/21/15 | Property | DNA SWAB BUCCAL 0 | Exhibit I-9 |
| 01/20/15 | Property | WHI PILLOWCASE MISC 0 | Exhibit I-1 |
| 01/20/15 | Property | WHI SHEET MISC 0 | Exhibit I-2 |
| 01/20/15 | Property | WHI SHEET MISC 0 | Exhibit I-3 |
| 01/20/15 | Property | WHI SHEET MISC 0 | Exhibit I-4 |
| 01/20/15 | Property | RAPE KIT 0 | Exhibit I-5 |
| 01/20/15 | Property | UNDERWEAR 0 | Exhibit I-6 |
| 01/20/15 | Property | PNK SHIRT MISC LONG SLEEVE 0 | Exhibit I-7 |
| 01/20/15 | Property | BLK PANTS NIKE 0 | Exhibit I-8 |
| 02/05/15 | Evidence | E-1 DVD-INTERVIEWS ON 1-17-15 | Evidence Incident |
| 01/28/15 | Evidence | I-10 CD-LUKE LIBERTO INTERVIEW | Evidence Incident |
| 01/22/15 | Evidence | I-3 WHITE SHEET FROM LOWER BED | Evidence Incident |
| 01/22/15 | Evidence | I-4 WHITE SHEET FROM TOP BED | Evidence Incident |
| 01/22/15 | Evidence | I-5 RAPE KIT FROM VICTIM [redacted] | Evidence Incident |
| 01/22/15 | Evidence | I-6 (1)PAIR CHEETAH PRINT | Evidence Incident |
| 01/22/15 | Evidence | I-7 PINK THERMAL LONG SLEEVED | Evidence Incident |
| 01/22/15 | Evidence | I-8 (1) PAIR BLACK NIKE PANTS | Evidence Incident |
| 01/22/15 | Evidence | I-9 BUCCAL SWAB FROM LUKE | Evidence Incident |
| 01/21/15 | Evidence | I-1 WHITE PILLOW CASE | Evidence Incident |
| 01/21/15 | Evidence | I-2 WHITE SHEET FROM LOWER BED | Evidence Incident |

## Narrative

Mandeville Police Department
Narrative

On Saturday, January 17, 2015 at 2:45am Officer Becky White, manning unit 226 of the Mandeville Police Department, was notified via Mandeville Police Dispatch of a signal 43, relative to a simple rape. Mandeville Dispatch advised the officer the complainant was at the Mandeville Police Complex.

Sgt. F. Fath, unit 216, and the officer met with the complainant, [redacted]. [redacted] stated she was at her ex-boyfriend's sister's residence at 645 Lafayette St. on 1/16/2015. She stated she temporarily resided with her ex-boyfriend, who she identified as Luke Liberto, while she looked for a new residence. She stated she arrived at the residence when she got off of work at 11:15pm on 1/16/2015. She stated her and Mr. Liberto shared a trundle bed in his bedroom. She stated she fell asleep in Mr. Liberto's bedroom at 11:30pm and was awoken by him around 1:30am on 1/17/2015. She stated Mr. Liberto was performing oral sex upon her then penetrated her with his penis. [redacted] stated she told Mr. Liberto to stop at which time he did. [redacted] stated she gathered some of her belongings and left the residence.

[redacted] stated she and Mr. Liberto have been dating, on and off, since October 2014 and residing together since December 2014. She stated she ended the relationship on 1/2/2015.

The investigation was taken over by Detective Jason Readeau, unit 213.

## Supplement

Mandeville Police Department
Supplemental Narrative

On January 17th, 2015 at approximately 0300 hours Detective Jason Readeau of the Mandeville Police Department (MPD) Criminal Investigations Division (CID) was called out in reference to the report of a simple rape as documented under this item.

On January 17th, 2015 at approximately 0250 hours the victim, [redacted], came to the Mandeville Police Department to report she had been raped by her roommate and ex-boyfriend, Luke Liberto.

[redacted] explained she had been living with Liberto in his sister's home at 645 Lafayette Street in Mandeville after becoming homeless in mid December 2014. The two shared a bedroom with bathroom in the residence. She did not pay rent and did not have a lease or rental agreement, but assisted with household chores in exchange for a place to stay. She further explained she and Liberto had been involved in an on and off relationship beginning in late October 2014, wherein they were intimate. [redacted] continued to explain the two had broken up as of January 2nd, 2015, but were still living together as [redacted] attempted to secure new living arrangements.

[redacted] advised she and Liberto shared a bedroom and slept in separate twin trundle beds in that room but had not been intimate or had any sexual contact since January 2nd, 2015. On the evening of January 16th, 2015 [redacted] fell asleep in her bed at approximately 2340 hours after returning home from work at approximately 2315 hours. Sometime prior to 0130 hours [redacted] was awoken from her sleep with the feeling of being vaginally penetrated. [redacted] explained prior to being clearly awake and aware she thought she was having a sexual dream, as she felt the sensation of receiving oral sex. Upon waking up and becoming aware of her surroundings and situation she found Luke on top of her with his penis inside her vagina. She further noticed she was unclothed, although she had been wearing a thermal shirt, running pants and underwear when she went to bed.

[redacted] stated upon realizing what was going on she immediately pushed Luke off of her and told him she did not want to have sexual intercourse with him. Luke stood over her for a short time masturbating, then went to the bathroom connected to the room they shared, where he stayed for an unknown amount of time. [redacted] stated she and Luke began arguing and she contacted a friend to come pick her up. After leaving [redacted] advised she exchanges several text messages with Luke, which she showed to the investigating offices, where in Luke blamed her for the encounter. The text messages from Luke indicated [redacted] had possibly initiated the contact; however, [redacted] messaged clearly stated she felt she had been physically sexually assaulted in her sleep, consistent with her statements to officers. Luke's response to [redacted] accusations were that she was "crazy".

During the course of the interview Det Readeau noted [redacted] seemed to be upset and emotional, at times on the verge of tears. She also at times seemed to become angry, stating she loved Liberto but he was openly seeking relationships with other women. The interview of [redacted] was video and audio recorded and submitted as evidence.

[redacted] was transported to the St Tammany Parish Hospital Emergency Room by Ofc LeBoeuf for examination and completion of a sexual assault evidence

collection kit.

Based on the statement given by [redacted], Det Readeau prepared a search warrant for the bedroom shared by [redacted] and Liberto at the residence located at 645 Lafayette Street and a buccal swab from Liberto. Det Readeau also prepared a warrant for the arrest of Luke Liberto in reference to the matter. Both warrants were submitted to the Duty Judge of the 22nd Judicial District of Louisiana at Covington. Both warrants were approved by the Honorable Judge Scott Gardner.

At approximately 0745 hours on January 17th, 2015 Det Readeau, Det Sgt V Whitehead, Cpl Glaudi and Ofc Smith of MPD executed the search warrant of Liberto and [redacted] shared bedroom. Det Readeau photographed the scene and collected 2 white sheets from the bottom bed, 1 white pillow case, and 1 white sheet from the top bed. The photos will be uploaded to the MPD case photo file.

Liberto was located at the residence and placed under arrest without incident. He was transported to the MPD Complex where he was formally advised of his Miranda Rights. Liberto chose not to make a statement or answer any questions, invoking his right to council. Det Readeau next conducted a buccal swab from Liberto in accordance with the search warrant. Liberto was booked for violation of LRS 14:43 relative to Simple Rape and transported to the St Tammany Parish Jail.

[redacted] was examined at St Tammany Parish Hospital, where her clothing, including underwear, long sleeve shirt, and Nike running pants, were collected as evidence, along with a sexual assault evidence collection kit. These items were collected by Ofc LeBoeuf and turned over to Det Readeau at the MPD Complex.

On the morning of January 20th, 2015 Det Readeau was contacted by phone by Mrs. JoBeth Rickels, who identified herself as Liberto's mother. Mrs. Rickels was seeking information as to the facts of the investigation, which Det Readeau declined to provide. Later on January 20th, 2015 MPD CID was contacted by John Linder, District Defender with the 22nd Judicial District Court Public Defender's Office. Mr. Linder advised he had been appointed to represent Mr. Liberto was attempting to get a copy of the report and associated arrest warrant. He further advised Mr. Liberto wanted to make a statement in reference to the investigation. Mr. Linder and Mr. Liberto were scheduled for an interview at the St Tammany Parish Jail on Monday January 26th, 2015 at 1500 hours.

On January 26th, 2015 Det Readeau prepared search warrants for the in coming and out going call logs and SMS messages of both [redacted] and Mr. Liberto from their respective service providers between October 20th, 2014 and January 20th, 2015. Upon being submitted to the Duty Judge of the 22nd Judicial District of Louisiana at Covington said warrants were served. Results are outstanding and will be submitted as evidence when received.

On the afternoon of January 26th, 2015 Det Readeau met with Mr. Liberto and his appointed Public Defender, John Linder at the St Tammany Parish Jail. Mr. Liberto was again formally advised of his Miranda Rights and signed same. He then provided a verbal statement as to the incident that occurred on the night of January 16th and early morning of January 17th, 2015. Mr. Liberto provided that he had gone to bed at approximately 2300 hours on the night in question, laying in the top bed in the room shared by he and [redacted]. A short time after he entered the room, [redacted] entered and proceeded to change in front of him, which he noted was not unusual. Mr. Liberto stated [redacted] then got into bed with him and the two began to cuddle and doze off. At some point the two began to engage in mutual sexual foreplay with Liberto performing oral sex on

[redacted]. The two then began having sexual intercourse, during which time Liberto sated he inserted his penis into [redacted] vagina. during the intercourse, Mr. Liberto stopped and removed himself from [redacted], stating they should not be having sex. [redacted] agree, and Mr. Liberto stated he observed her at that point to become emotional. He went to the bathroom then left the bedroom and went to the kitchen to make a sandwich. Mr. Liberto stated that [redacted] was awake and conscious during the encounter, and to the best of his knowledge had not consumed any alcohol or taken any drugs on the night of the incident.

He stated he offered to leave and stay at his mother's immediately after the incidence after he and [redacted] began to argue via text message. [redacted] exited the bedroom with her things while he was in the living room. [redacted] then announced she was leaving and left with an unknown friend.

Mr. Liberto explained the two had been engaged in a relationship of a sexual nature since late October 2014. He further explained he and his sister had offered [redacted] a place to live in late December 2014 after she had become homeless and ill. Mr. Liberto further stated [redacted] had been pushing him to enter into a serious relationship, which he repeatedly declined.

An CD containing an audio recording of the interview will be submitted into evidence.

All evidence collected in this case will be submitted to the St Tammany Parish Sheriff's Office Crime Lab and St Tammany Parish Coroner's Office Lab for forensic examination.

## Supplement

Mandeville Police Department
Supplemental Narrative

On Friday January 30th, 2015 Det Readeau received the results of the search warrant labeled 1501-0496 SW002 submitted to T-Mobile requesting the account information and call and text log history of phone number [redacted] possessed by [redacted]. The results did not contain the content of the sent text messages, thus resulting in nothing of evidentiary value. The received information will be attached to this report.

The results of the search warrant served to AT&T labeled 1501-0496 SW003 has not been received. A supplemental report will be submitted under this item when results are received.

## Supplement

Mandeville Police Department
Supplemental Narrative

On January 17, 2015 Officer Rachel LeBoeuf (badge #223) of the Mandeville Police Department ("MPD") was called out in reference to the report of a simple rape as documented under this item.

Officer LeBoeuf was present during the interview of the victim, [redacted] [redacted] which is also documented under this item. Subsequent to the interview, Officer LeBoeuf transported [redacted] to the St. Tammany Parish Hospital where a sexual assault evidence kit was performed for the collection of evidence.

It should be noted [redacted] suffers from 80% hearing loss in both ears and though speaks easily, relies on reading lips and American Sign Language ("ASL") to communicate.

Upon arrival to the hospital at approximately 0530 hours, [redacted] had difficulty understanding questions asked of her by hospital staff. Officer LeBoeuf assisted [redacted] in communication with hospital staff, repeating questions to [redacted] via ASL and translating [redacted] answers to hospital staff.

Once in a private hospital room, Officer collected [redacted] clothing to be maintained as evidence in this matter, and included one (1) pink long sleeved thermal shirt (Exhibit I-7), one (1) pair Nike running pants (Exhibit I-8), and one (1) pair of panties/underwear (Exhibit I-6).

At approximately 0850 hours, the sexual assault evidence collection was performed by Dr. Adrienne Madison, M.D., who was assisted by Ms. Melissa Gueringer, R.N. The completed evidence collection kit (Exhibit I-5) was turned over to Officer LeBoeuf at that time.

Subsequent to blood tests being concluded by the hospital lab, Officer LeBoeuf transported [redacted] and all evidence collected back to the MPD.

All evidence was turned over to Det. Jason Readeau of the Criminal Investigations Division upon arrival to the MPD.

[redacted] was picked up from the MPD by a friend.

This officer has nothing further to report at this time.

Officer Rachel LeBoeuf (#223)

**Supplement**

Mandeville Police Department
Supplemental Narrative

On Monday February 9th, 2015 Det Readeau received the results of the search warrant submitted to AT&T for the cell phone records of Luke Liberto based on information provided by his attorney. Said results reflected no record of the number provided, and as such, no information was received.

A copy of the response received from AT&T was uploaded as an attachment to this report.

UCR:
Local Status: EIS
Crime Lab Number:
Date Released: **/**/**
Released By:
Released To:
Reason:
Comments: Exhibit I-3 1 white sheet from lower bed
Property Number: 2413
Item: SHEET

UCR Status:
Storage Location:
Status Date: 01/20/15
Date Recov/Rcvd: 01/17/15
Amt Recovered: $0.00
Custody: **:**:** **/**/**

Owner Applied Nmbr:

Brand: MISC
Year: 0
Meas:
Total Value: $0.00
Owner: LIBERTO LUKE JOSEPH 12541
Agency: MPD Mandeville Police Department
Accum Amt Recov: $0.00
UCR:
Local Status: EIS
Crime Lab Number:
Date Released: **/**/**
Released By:
Released To:
Reason:
Comments: Exhibit I-4 1 white sheet from top bed
Property Number: 2414
Item: RAPE KIT

Model:
Quantity:
Serial Nmbr:
Color: WHI

Tag Number:
Officer: Readeau J
UCR Status:
Storage Location:
Status Date: 01/20/15
Date Recov/Rcvd: 01/17/15
Amt Recovered: $0.00
Custody: **:**:** **/**/**

Owner Applied Nmbr:

Brand:
Year: 0
Meas:
Total Value: $0.00
Owner: CITY OF MANDEVILLE 6
Agency: MPD Mandeville Police Department
Accum Amt Recov: $0.00
UCR:
Local Status: EIS
Crime Lab Number:
Date Released: **/**/**
Released By:
Released To:

Model:
Quantity:
Serial Nmbr:
Color:

Tag Number:
Officer: Readeau J
UCR Status:
Storage Location:
Status Date: 01/20/15
Date Recov/Rcvd: 01/17/15
Amt Recovered: $0.00
Custody: **:**:** **/**/**

**Reason:**
**Comments:** Exhibit I-5 Rape Kit collected from victim
**Property Number:** 2415
**Item:** UNDERWEAR
**Owner Applied Nmbr:**
**Brand:**
**Model:**
**Year:** 0
**Quantity:**
**Meas:**
**Serial Nmbr:**
**Total Value:** $0.00
**Color:**
**Owner:** [redacted] 12540
**Agency:** MPD Mandeville Police Department
**Tag Number:**
**Officer:** Readeau J
**Accum Amt Recov:** $0.00
**UCR:**
**UCR Status:**
**Local Status:** EIS
**Storage Location:**
**Crime Lab Number:**
**Status Date:** 01/20/15
**Date Released:** **/**/**
**Date Recov/Rcvd:** 01/17/15
**Released By:**
**Amt Recovered:** $0.00
**Released To:**
**Custody:** **:**:** **/**/**
**Reason:**
**Comments:** Exhibit I-6 1 pair of cheetah print underwear
**Property Number:** 2416
**Item:** SHIRT
**Owner Applied Nmbr:**
**Brand:** MISC
**Model:** LONG SLEEVE
**Year:** 0
**Quantity:**
**Meas:**
**Serial Nmbr:**
**Total Value:** $0.00
**Color:** PNK
**Owner:** [redacted] 12540
**Agency:** MPD Mandeville Police Department
**Tag Number:**
**Officer:** Readeau J
**Accum Amt Recov:** $0.00
**UCR:**
**UCR Status:**
**Local Status:** EIS
**Storage Location:**
**Crime Lab Number:**
**Status Date:** 01/20/15
**Date Released:** **/**/**
**Date Recov/Rcvd:** 01/17/15
**Released By:**
**Amt Recovered:** $0.00
**Released To:**
**Custody:** **:**:** **/**/**
**Reason:**
**Comments:** Exhibit I-7 1 pink long sleeve thermal shirt
**Property Number:** 2417
**Item:** PANTS
**Owner Applied Nmbr:**
**Brand:** NIKE
**Model:**

**Year:** 0
**Meas:**
**Total Value:** $0.00
**Owner:** [redacted]2540
**Agency:** MPD Mandeville Police Department
**Accum Amt Recov:** $0.00
**UCR:**
**Local Status:** EIS
**Crime Lab Number:**
**Date Released:** **/**/**
**Released By:**
**Released To:**
**Reason:**
**Comments:** Exhibit l-8 1 pair of black nike running pants

**Quantity:**
**Serial Nmbr:**
**Color:** BLK
**Tag Number:**
**Officer:** Readeau J
**UCR Status:**
**Storage Location:**
**Status Date:** 01/20/15
**Date Recov/Rcvd:** 01/17/15
**Amt Recovered:** $0.00
**Custody:** **:**:** **/**/**

## Name Involvements:

**Complainant :** 12540

**Last:** [redacted] **First:** [redacted] **Mid:** [redacted]
**DOB:** [redacted] **Dr Lic:** [redacted] **Address:** [redacted]
**Race:** W **Sex:** F **Phone:** ( ) - **City:** MANDEVILLE, LA 70471

**Suspect/Arreste e :** 12541

**Last:** LIBERTO **First:** LUKE **Mid:** JOSEPH
**DOB:** [redacted] **Dr Lic:** [redacted] **Address:** 645 LAFAYETTE
**Race:** W **Sex:** M **Phone:** ( ) - **City:** MANDEVILLE, LA 70471