NO: 1501-0496

# STATE OF LOUISIANA
## PARISH OF ST. TAMMANY
### 22nd Judicial District Court
### APPLICATION FOR ARREST WARRANT

STATE OF LOUISIANA
VERSUS
**LUKE JOSEPH LIBERTO**
645 Lafayette Street
Mandeville, LA, 70448
DOB: 01/05/1981
SSN: 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
White  Male

I, **Jason Readeau,** certify under oath that one **LUKE JOSEPH LIBERTO** did commit

1 Count of RS14:43--SIMPLE RAPE-- (FELONY)

within this State and Parish, and the jurisdiction of the 22nd Judicial District Court, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:

On January 17th, 2015 at approximately 0250 hours the victim, ███████████, came to the Mandeville Police Department to report she had been raped by her roommate, Luke Liberto. ██████████ explained she had been living with Liberto in his sister's home after becoming homeless in mid December 2014. She further explained she and Liberto had been involved in an on and off relationship wherein they were intimate; however, the two had broken up as of January 2nd, 2015, but were still living together as ████ attempted to secure new living arrangements. █████████ advised she and Liberto shared a bedroom and slept in separate twin beds in that room but had not been intimate or had any sexual contact since January 2nd, 2015. On the evening of January 16th, 2015 ██████████ fell asleep in her bed at approximately 2340 hours after returning home from work at approximately 2315 hours. Sometime prior to 0130 hours ██████████ was awoken from her sleep with the feeling of being vaginally penetrated. ████████ explained prior to being clearly awake and aware she thought she was having a sexual dream, as she felt the sensation of receiving oral sex. Upon waking up and becoming aware of her surroundings and situation she found Luke on top of her with his penis inside her vagina. She further noticed she was unclothed, although she had been wearing a thermal shirt, running pants and underwear when she went to bed. █████████ stated upon realizing what was going on she immediately pushed Luke off of her and told him she did not want to have sexual intercourse with him. Luke stood over her for a short time masturbating then went to a bathroom where he stayed for an unknown amount of time. ██████████ and Luke began arguing and she contacted a friend to come pick her up. After leaving ██████████ advised she exchanges several text messages with Luke, which she showed to the investigating offices, where in Luke blamed her for the encounter. The text messages from Luke indicated ████ had possibly initiated the contact; however, ██████████ messaged clearly stated she felt she had been physically sexually assaulted in her sleep, consistent with her statements to officers. Luke's response to ████████ accusations were that she was "crazy". ██████████ is currently at St Tammany Parish Hospital with an officer from MPD, where she is being examined and evidence collected.

Saturday, January 17, 2015
                                                                            07:04:17

NO: 1501-0496

# STATE OF LOUISIANA
## PARISH OF ST. TAMMANY
### 22nd Judicial District Court
### ARREST WARRANT

State of Louisiana
Versus
**LUKE JOSEPH LIBERTO**

645 Lafayette Street
Mandeville, LA, 70448

DOB: 01/05/1981
SSN: 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

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me under oath and under penalty of
perjury, by **Jason Readeau** charging one **LUKE JOSEPH LIBERTO** with
1 Count of RS14:43--SIMPLE RAPE-- (FELONY)
Now, therefore, you are hereby commanded, in the name of the State, to apprehend
and arrest the said accused to be brought before our Court to answer the said
complaint.  You are further commanded to keep the said accused in safe custody
pending a session of the Court, or until released according to law, and this shall be
your warrant.

Given under my official signature, this _____17_____ day of  _____January_____ ,
2015_____.

Scott Gardner
Judge,
22nd Judicial District Court
State of Louisiana

Saturday, January 17, 2015
07:04:17