NO: 1501-0496 SW001

# STATE OF LOUISIANA
## PARISH OF ST. TAMMANY
## 22nd Judicial District Court

## APPLICATION FOR SEARCH WARRANT

I, **Jason Readeau**, Police Officer in and for the Parish aforesaid, certify under oath that probable cause does exist for the issuance of a search warrant authorizing the search of:

A single story residence constructed of brick and siding on the northeast corner of Lafayette and Livingston Streets in Mandeville. The residence mail box and front door faces Lafayette Street and the driveway, car port, and garage faces Livingston Street. The residence features a detached cottage on the northeast of the property on the Livingston Street side. Specifically the bedroom inside the residence shared by Luke Liberto and ▆▆▆▆▆, and any common area which either or both persons have access to including bathrooms.

located at **645 Lafayette Street, Mandeville, LA, 70448**, where evidence of a crime may be located to wit:
Bedding, clothing, and any other items that may contain bodily fluid consistent with sexual intercourse, the clothing currently worn by Luke Liberto, DNA buccal swab from Luke Liberto, and any other contraband or evidence of criminal activity.

which said property constitutes evidence of the violation of Louisiana

1 Count of RS14:43--SIMPLE RAPE

is (are) believed to be secreted or concealed, and such probable cause is based on the following:

On January 17th, 2015 at approximately 0250 hours the victim, ▆▆▆▆▆, came to the Mandeville Police Department to report she had been raped by her roommate, Luke Liberto. ▆▆▆▆▆ explained she had been living with Liberto in his sister's home after becoming homeless in mid December 2014. She further explained she and Liberto had been involved in an on and off relationship wherein they were intimate; however, the two had broken up as of January 2nd, 2015, but were still living together as ▆▆▆▆▆ attempted to secure new living arrangements. ▆▆▆▆▆ advised she and Liberto shared a bedroom and slept in separate twin beds in that room but had not been intimate or had any sexual contact since January 2nd, 2015. On the evening of January 16th, 2015 ▆▆▆▆▆ fell asleep in her bed at approximately 2340 hours after returning home from work at approximately 2315 hours. Sometime prior to 0130 hours ▆▆▆▆▆ was awoken from her sleep with the feeling of being vaginally penetrated. ▆▆▆▆▆ explained prior to being clearly awake and aware she thought she was having a sexual dream, as she felt the sensation of receiving oral sex. Upon waking up and becoming aware of her surroundings and situation she found Luke on top of her with his penis inside her vagina. She further noticed she was unclothed, although she had been wearing a thermal shirt, running pants and underwear when she went to bed. ▆▆▆▆▆ stated upon realizing what was going on she immediately pushed Luke off of her and told him she did not want to have sexual intercourse with him. Luke stood over her for a short time masturbating then went to a bathroom where he stayed for an unknown amount of time. ▆▆▆▆▆ and Luke began arguing and she

NO: 1501-0496 SW001

# STATE OF LOUISIANA
## PARISH OF ST. TAMMANY
### 22nd Judicial District Court

contacted a friend to come pick her up. After leaving ▓▓▓▓ advised she exchanges several text messages with Luke, which she showed to the investigating offices, where in Luke blamed her for the encounter. The text messages from Luke indicated ▓▓▓▓ had possibly initiated the contact; however, ▓▓▓▓ messaged clearly stated she felt she had been physically sexually assaulted in her sleep, consistent with her statements to officers. Luke's response to ▓▓▓▓'s accusations were that she was "crazy". ▓▓▓▓ is currently at St Tammany Parish Hospital with an officer from MPD, where she is being examined and evidence collected.

THAT a warrant to search the aforesaid is requested, and when the thing to be searched is a dwelling or other structure, that the writ to search includes all other structures, vehicles, and places of concealment on the premises where the thing(s) may be found.

THAT it may become necessary to conduct the search during the night time or on Sunday, and affiant(s) request that the writ so provide.

I hereby certify under oath the facts contained within the Application for Search Warrant to be true and correct, under penalties of perjury, so help me God.

_____
Jason Readeau
**AFFIANT**

THUS DONE AND PASSED on the ____17____ day of ____January____, ____2015 after reading of the whole.

_____
Scott Gardner
Judge, 22nd Judicial District Court

NO: 1501-0496 SW001

# STATE OF LOUISIANA
## PARISH OF ST. TAMMANY
## 22nd Judicial District Court

## SEARCH WARRANT

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS an affidavit has been made before me, under penalties of perjury, by **Jason Readeau**, Police Officer in and for the Parish aforesaid, alleging that the:

A single story residence constructed of brick and siding on the northeast corner of Lafayette and Livingston Streets in Mandeville. The residence mail box and front door faces Lafayette Street and the driveway, car port, and garage faces Livingston Street. The residence features a detached cottage on the northeast of the property on the Livingston Street side. Specifically the bedroom inside the residence shared by Luke Liberto and ▓▓▓▓▓▓▓▓ and any common area which either or both persons have access to including bathrooms.

located at **645 Lafayette Street, Mandeville, LA, 70448,** in the Parish of ST. TAMMANY, State of Louisiana, is a place where evidence of a crime may be located to wit:
Bedding, clothing, and any other items that may contain bodily fluid consistent with sexual intercourse, the clothing currently worn by Luke Liberto, DNA buccal swab from Luke Liberto, and any other contraband or evidence of criminal activity.

which said property constitutes evidence of the violation of Louisiana

1 Count of RS14:43--SIMPLE RAPE

is (are) secreted or concealed, and whereas the affidavit submitted in support of the request for this search warrant indicated that the affiant has shown the necessary probable cause for its issuance.

YOU ARE HEREBY ORDERED to search the aforesaid and when the thing to be searched is a dwelling or other structure, this writ includes all other structures, vehicles, and places on the premises where the thing(s) may be found, and if the thing(s) specified be found there, to seize and bring it (them) before the 22nd Judicial District Court, and this shall be your warrant to which you are to make due return according to law.

In accordance with the request of the affiant, this warrant authorizes you to conduct the search at any time of the day or night, including Sundays.

STATE OF LOUISIANA
PARISH OF ST. TAMMANY
22nd Judicial District Court

## RETURN OF SEARCH WARRANT

CASE NO: 1501-0496 SW001

Pursuant to a search warrant issued to me by the Honorable   Scott Gardner

Judge, 22nd Judicial District Court

, Judge of the 22nd Judicial District Court, I, **Jason Readeau**, did on **01/17/2015 at 07:44 hours** proceed to and did search of

A single story residence constructed of brick and siding on the northeast corner of Lafayette and Livingston Streets in Mandeville. The residence mail box and front door faces Lafayette Street and the driveway, car port, and garage faces Livingston Street. The residence features a detached cottage on the northeast of the property on the Livingston Street side. Specifically the bedroom inside the residence shared by Luke Liberto and ~~[redacted]~~, and any common area which either or both persons have access to including bathrooms.

and found therein the following:

3 white bed sheets, 1 white pillow case, and 2 buccal swabs for DNA from Luke Liberto

Finding no other items, I terminated my search on **01/17/2015 at 08:13 hours.**

I have taken the above described items into my possession and do hereby make my return to the Honorable   Scott Gardner   on the 17 day of January, 2015.

*[signature]*

Jason Readeau
Detective

# CERTIFICATE OF RECEIPT OF RETURN OF SEARCH WARRANT

This is to certify that I, Scott Gardner, Judge of the 22nd Judicial District Court, have this day received a return of a warrant issued by me to Jason Readeau this ___17___ day of ___January___, ___2015___.

*Scott Hardy* (signature)

Scott Gardner
Judge, 22nd Judicial District Court