**22ND JUDICIAL DISTRICT COURT**

**PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

I, Lauren Brown, Deputy Clerk of the Twenty-Second Judicial District Court of Louisiana, in and for the Parish of St. Tammany, do hereby certify that the foregoing pages constitute a TRUE AND CORRECT COPY of everything filed in the record in the criminal case STATE OF LOUISANA VERSUS LUKE JOSEPH LIBERTO, DOCKET #504115 of the CRIMINAL DOCKET OF THE ABOVE NAMED COURT .

Given under my hand and seal of office this 04th day of February, 2016.

Lauren Brown
Deputy Clerk of Court
Parish of St. Tammany

Friday, February 6, 2015

COURT MET THIS DAY AND PURSUANT TO ADJOURNMENT, PRESENT AND PRESIDING, HER HONOR, ALLISON H PENZATO, JUDGE DIVISION "H"; JULIE KNIGHT, ASSISTANT DISTRICT ATTORNEY; RODNEY J. STRAIN JR, SHERIFF AND MALISE PRIETO, CLERK OF COURT. (James McGuire, Bailiff and Kathleen Wells, Court Reporter)

72-65138      STATE OF LOUISIANA
              VS
              LUKE JOSEPH LIBERTO

The defendant being present in open Court attended by his counsel John W. Lindner, II and this matter being on assignment for a Motion and Order for a Preliminary Examination.

Defense Counsel offers a stipulation that if Detective Readeau testified it would be the same as what is contained in his Police Report and Affidavit. State joins in said stipulation.

Defense Counsel at this time offered, filed and introduced the following item:

D-1   police report and affidavit

State does not object but requests that it be sealed. Court admitted the item as evidence and ordered it be sealed.

Court placed on the record that Defense Counsel and the State had a conference in chambers and advised the Court that there was going to be a stipulation as to the police report and affidavit and has therefore read the police report and affidavit prior to Court convening.

Argument was held by Defense Counsel and the State.

Court at this time finds that probable cause exists for the lesser charge of Sexual Battery and sets the bond in the sum of $35,000 cash, property or surety. Defense Counsel advised the Court that bond is currently set in the sum of $25,000 cash, property or surety. Defense Counsel requested the bond be set in the sum of $10,000 cash, property or surety. State objects to the amount. Court advised Defense Counsel that she is not inclined to go below what the current bond is. Defense Counsel objected for the record.

COURT ADJOURNED SINE DIE          MINUTES READ AND APPROVED

_____    _____
Minute Clerk/Renee M. Guchereau       JUDGE    DIV "H"    AHP

A TRUE EXTRACT OF THE MINUTES OF THIS COURT

_____
DEPUTY CLERK
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY PARISH, LOUISIANA