22ND JUDICIAL DISTRICT COURT

PARISH OF ST. TAMMANY

STATE OF LOUISIANA

I, Lauren Brown, Deputy Clerk of the Twenty-Second Judicial District Court of Louisiana, in and for the Parish of St. Tammany, do hereby certify that the foregoing pages constitute a TRUE AND CORRECT COPY of everything filed in the record in the criminal case STATE OF LOUISANA VERSUS LUKE JOSEPH LIBERTO, DOCKET #504115 of the CRIMINAL DOCKET OF THE ABOVE NAMED COURT .

Given under my hand and seal of office this 04th day of February, 2016.

Lauren Brown
Deputy Clerk of Court
Parish of St. Tammany

Thursday, March 26, 2015

COURT MET THIS DAY AND PURSUANT TO ADJOURNMENT, PRESENT AND PRESIDING, HER HONOR, ALLISON H PENZATO, JUDGE DIVISION "H"; JULIE KNIGHT, ASSISTANT DISTRICT ATTORNEY and JEFF HUFFT, ASSISTANT ATTORNEY GENERAL; RODNEY J. STRAIN JR, SHERIFF AND MALISE PRIETO, CLERK OF COURT. (James McGuire, Bailiff and Terry Owens, Court Reporter)

72-65138　　　STATE OF LOUISIANA
　　　　　　　VS
　　　　　　　LUKE JOSEPH LIBERTO

The defendant being present in open Court attended by his Counsel, JOHN W. LINDNER, II and this matter being on assignment for Motion for Release Pursuant to Art. 701 (B) (1). Argument was heard on behalf of the Defense and the State and the matter was submitted to the Court; whereupon, Court does not find just cause in the delay of a Bill of Information being filed and grants said motion. Court ordered the defendant to be released from any bond obligation as to these charges. The State at this time objected; whereupon, Court noted said objection.

COURT ADJOURNED SINE DIE　　　　MINUTES READ AND APPROVED

Minute Clerk/　Amie L. Wood　　　JUDGE　DIV "H"　AHP

A TRUE EXTRACT OF THE MINUTES OF THIS COURT

_(signature)_
DEPUTY CLERK
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY PARISH, LOUISIANA